UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA DENTONI and ANTHONY ANDINO,<br><br>             Plaintiff,<br><br>      v.<br><br>SIERRA COUNTY, et al.,<br><br>             Defendants. | No.  2:25-cv-3502 DC AC PS<br><br><br>ORDER |

Plaintiffs are proceeding in this action in pro se.  Pre-trial matters are accordingly referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21).  On June 1, 2026, defendants Sierra County and Sierra County Sheriff's Department filed a motion to dismiss set to be heard on July 22, 2026.  ECF No. 16.  Pursuant to Local Rule 230(c), plaintiffs were required to file an opposition or notice of non-opposition within 14 days of the motion being filed.  In this case, the deadline was June 15, 2026.  Plaintiffs did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of July 22, 2026 is VACATED to be re-set as necessary.  Plaintiffs shall show cause, in writing, within 14 days, why the failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order.  If plaintiffs fail

1

to respond, the undersigned will recommend that this case be dismissed for failure to prosecute pursuant to Local Rule 110.

IT IS SO ORDRED.

DATED: June 18, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2