UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANA DENTONI and ANTHONY ANDINO,

Plaintiffs,

v.

SIERRA COUNTY, et al.,

Defendants.

No. 2:25-cv-3502 DC AC PS

FINDINGS AND RECOMMENDATIONS

Plaintiffs are proceeding in this action pro se. The case was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On June 1, 2026, defendants Sierra County and Sierra County Sheriff's Department filed a motion to dismiss set to be heard on July 22, 2026. ECF No. 16. Pursuant to Local Rule 230(c), plaintiffs were required to file an opposition or notice of non-opposition within 14 days of the motion being filed. In this case, the deadline was June 15, 2026. Plaintiffs did not file an opposition or statement of non-opposition. Concerned that plaintiffs had abandoned this case, the court issued an order to show cause why this action should not be dismissed for failure to prosecute. ECF No. 19. Plaintiffs were cautioned that failure respond could lead to a recommendation that the action be dismissed. Plaintiffs again did not respond. Plaintiffs have not responded to the court's orders, nor taken any action to prosecute this case.

In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot move forward without plaintiff's participation, the court finds the factors weigh in favor of dismissal. Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. See Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 14, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE