UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANA DENTONI and ANTHONY ANDINO,

Plaintiffs,

v.

SIERRA COUNTY SHERIFF'S DEPARTMENT, et al,

Defendants.

No. 2:25-cv-3502 DC AC (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 27, 28)

Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On September 21, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 28. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 21, 2026, (ECF No. 28) are ADOPTED;

2. Plaintiffs' motion for reconsideration (ECF No. 27) is GRANTED;

3. This case is REOPENED;

4. The Clerk of the Court is directed to reactivate the motions to dismiss (ECF Nos. 16, 18), and Defendants shall file reply briefs in response to Plaintiffs' oppositions thereto (ECF Nos. 24, 25) within seven (7) days from the date of entry of this order; and

5. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **November 9, 2026**

Dena Coggins
United States District Judge